IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NICOLLE M. DAVILA,

    Plaintiff,

vs.                                                       No. 16-CV-01236 KG/GBW

CENTRAL NEW MEXICO
COMMUNITY COLLEGE
BOARD OF REGENTS,

    Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS
## PLAINTIFF'S LAWSUIT WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss Plaintiff's Lawsuit with Prejudice, and the Court having been fully advised, finds:

The motion is well-taken.

IT IS HEREBY ORDERED that the parties' Joint Motion to Dismiss Plaintiff's Lawsuit with Prejudice is granted.

                                                      UNITED STATES DISTRICT JUDGE

APPROVED BY:

*German•Burnette & Associates, LLC*

*/s/ Jason M. Burnette*
JASON M. BURNETTE
Attorneys for Defendant


*Approved via Email by Donald Gilpin on 5/26/17*
DONALD G. GILPIN
CHRISTOPHER P. MACHIN
Attorneys for Plaintiff